## McDOWELL v. STATE.
### No. 25055.

Court of Criminal Appeals of Texas.
Dec. 20, 1950.

On Rehearing March 14, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
Dec. 20, 1950.

On Rehearing March 14, 1951.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was assessed a fine of $500 upon his conviction for possessing intoxicating liquor for the purpose of sale in a dry area.

The statement of facts fully supports the conviction. No question is raised on this appeal which requires our consideration.

The judgment is affirmed.

On Motion for Rehearing.

GRAVES, Presiding Judge.

The record in the present instance contains the same defect and is subject to the same criticism as that discussed in the opinion on motion for rehearing this day delivered in Bumguardner v. State, Tex.Cr. App., 237 S.W.2d 308.

For the reasons stated in said opinion, the motion for a rehearing herein is granted, the order of affirmance heretofore entered is set aside, and this cause is now reversed and remanded.